IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JONES, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID J. DENOTARIS et al., | : | No. 13-4500 |
|     *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 2nd day of July, 2014, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 8) and Mr. Jones's Response thereto (Docket No. 11), **the Court hereby ORDERS and DECREES that the Motion is GRANTED such that—**

1. Mr. Jones's claims against the Defendants in their official capacities under 42 U.S.C. § 1983 (Count I) are **DISMISSED WITH PREJUDICE**;

2. Mr. Jones's claims against the Defendants in their individual capacities under the Americans with Disabilities Act (Count II) are **DISMISSED WITH PREJUDICE**;

3. Mr. Jones's claims under 42 U.S.C. § 1983 for violation of the Randolph-Sheppard Act, 20 U.S.C. § 107 *et seq.* (Count I), are **DISMISSED WITH PREJUDICE**;

4. Mr. Jones's claims (Count I) for violation of the Randolph-Sheppard Act are **STAYED** pending Mr. Jones's exhaustion of the Randolph-Sheppard Act's grievance and arbitration procedures.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1